Ronald P. Oines (State Bar No. 145016)
email:  roines@rutan.com
Thomas C. Richardson (State Bar No. 244461)
email: trichardson@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiffs ASPEN MEDICAL HOLDINGS, LLC and ASPEN MEDICAL PRODUCTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN MEDICAL HOLDINGS, LLC; a California Limited Liability Company; ASPEN MEDICAL PRODUCTS, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHOMERICA PRODUCTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV13-1461 AG (DFMx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiffs ASPEN MEDICAL HOLDINGS, LLC and ASPEN MEDICAL PRODUCTS hereby dismiss their complaint, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The parties shall bear their own fees and costs.

Dated:  February 4, 2014

RUTAN & TUCKER, LLP
RONALD P. OINES
THOMAS C. RICHARDSON

By:   */s/ Ronald P. Oines*
Ronald P. Oines
Attorneys for Plaintiffs ASPEN MEDICAL HOLDINGS, LLC and ASPEN MEDICAL PRODUCTS